UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU,<br><br>       Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL INSTRUMENTATION CO., et al.,<br><br>       Defendant. | Case No. 23-cv-01824-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 16 |

The Court has reviewed Judge Joseph C. Spero's Report and Recommendation Re: Motion for Default Judgment by the Court and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the Motion for Default Judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: August 17, 2023

_____
VINCE CHHABRIA
United States District Judge